Willis S. Housel, as Administrator, etc., Appellant, v. Lehigh Valley Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, P. J., who dissented upon the ground that the plaintiff made out a *prima facie* case under the Federal Safety Appliance Act and the Federal Employers' Liability Act.†

Kate M. O'Neill, Respondent, v. John A. Dicks, Appellant.— Judgment affirmed, with costs. All concurred.

Iretta Beattie and Another, as Administrators, etc., Respondents, v. William Meeker and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. All concurred.

Charles H. McCutcheon, Respondent, v. The Terminal Station Commission of the City of Buffalo and Others, Appellants.— Order appealed

---

* See Code Civ. Proc. § 768.— [REP.

† See 27 U. S. Stat. at Large, 531, chap. 196; 29 id. 85, chap. 87; 32 id. 943, chap. 976; 35 id. 476, chap. 225; 36 id. 298, chap. 160; 36 id. 913, chap. 103; 35 id. 65, chap. 149, as amd. by 36 id. 291, chap. 143.— [REP.